Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000791
21-DEC-2016
08:47 AM

NO. CAAP-16-0000791

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

RENEE BEAULIEU CONNER, Individually and as Personal
Representative of the Estate of Thomas Randolph Conner, deceased,
Plaintiff-Appellant,
v.
FIBERGLASS HAWAII, INC., et al., Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 14-1-1257-05)

ORDER GRANTING THE DECEMBER 15, 2016
STIPULATION TO DISMISS THE APPEAL
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the "Stipulation to Dismiss Appeal Pursuant to Hawaii Rules of Appellate Procedure Rule 42(b)," filed December 15, 2016, by Plaintiff-Appellant Renee Beaulieu Conner, individually and as personal representative of the Estate of Thomas Randolph Conner, Deceased, the papers in support, and the record, it appears that (1) the appeal has not been docketed; (2) pursuant to Hawai'i Rules of Appellate Procedure (HRAP) Rule 42(b), the parties stipulate to dismiss the appeal, and bear their own costs and attorneys' fees on appeal;

(3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) because the appeal has not been docketed, dismissal is authorized by HRAP Rule 42(a), rather than HRAP Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. The parties shall bear their own costs and attorneys' fees on appeal.

DATED: Honolulu, Hawai'i, December 21, 2016.

Chief Judge

Associate Judge

Associate Judge